IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TODD STURGILL                                                           PLAINTIFF

vs.                    CASE No. 05-5106

UNITED PARCEL SERVICE, INC.                                             DEFENDANT

### VERDICT FORM

INTERROGATORY NO. 1

On plaintiff's religious accommodation claim, we the jury find in favor of:

PLAINTIFF    X

DEFENDANT  _____

June 30, 2006
(Date)                                    (Signature of Presiding Juror)

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 3 0 2006

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

1

INTERROGATORY NO. 2

With respect to plaintiff's discrimination claim, do you find that Todd Sturgill's religion was a motivating factor in UPS's decision to terminate him?

YES _____

NO __X__

\_\_\_June 30, 2006_____     _____
(Date)                        (Signature of Presiding Juror)

2

**NOTE: Answer INTERROGATORY NO. 3 only if you answered "YES" to INTERROGATORY NO. 2; If you answered "NO" to INTERROGATORY NO. 2, skip INTERROGATORY NO. 3 and continue to the NOTE preceding INTERROGATORY NO. 4.**

<u>INTERROGATORY NO. 3</u>

With respect to plaintiff's discrimination claim, has it been proven by a preponderance of the evidence that UPS would have decided to terminate Sturgill for some legitimate nondiscriminatory reason regardless of his religion?

YES _____

NO _____


June 30, 2006
(Date)

_____
(Signature of Presiding Juror)

NOTE: Answer INTERROGATORY NO. 4 only if you found in favor of the plaintiff in INTERROGATORY NO. 1 OR if you answered "NO" to INTERROGATORY NO. 3. If you found in favor of the defendant in INTERROGATORY NO. 1 AND either answered "YES" to INTERROGATORY NO. 3 or left INTERROGATORY NO. 3 blank, skip the remaining interrogatories and return to the courtroom, as your deliberations are complete.

INTERROGATORY NO. 4

(A)   State the amount of any damages which you find from a preponderance of the evidence should be awarded to plaintiff for lost wages, salary and employee benefits.

ANSWER $ _103,722.25_

June 30, 2006
(Date)

_____
(Signature of Presiding Juror)

4

INTERROGATORY NO. 5

    Do you find from a preponderance of the evidence that UPS acted with malice or reckless indifference to Todd Sturgill's rights?

YES    X

NO    _____

_____June 30, 2006_____         _____
(Date)                                          (Signature of Presiding Juror)

5

NOTE: Answer INTERROGATORY NO. 6 only if you answered YES to INTERROGATORY NO. 5; otherwise, you have completed your deliberations and you may return to the courtroom with your answers to the above Interrogatories.

INTERROGATORY NO. 6

State the amount of any punitive damages which you find from a preponderance of the evidence should be assessed against UPS:

ANSWER $ 207,444.50

June 30, 2006
(Date)

_____
(Signature of Presiding Juror)

6