```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

TODD STURGILL                                              PLAINTIFF

      v.                    Civil No. 05-5106

UNITED PARCEL SERVICE, INC.                                DEFENDANT

### JUDGMENT

In accordance with the jury verdict and the order granting plaintiff's Motion for Reinstatement and Equitable Relief, judgment in hereby entered in plaintiff's favor on his religious accommodation claim as follows:

* plaintiff is awarded $103,722.25 in lost wages and benefits and $207,444.50 in punitive damages;
* UPS is directed to reinstate plaintiff, with all attendant seniority and benefits, to his prior bid route or to a position as an unassigned driver;
* UPS is directed to pay plaintiff front-pay from the date of the verdict to the date of his reinstatement, at the rate of $259.96 for each workday; and
* UPS is enjoined from failing to accommodate plaintiff's religious observation of the Sabbath in the future.

This judgment shall bear interest at the rate of 5.02% from the date of entry of this order until paid.

Plaintiff's religious-discrimination claim is **DISMISSED WITH PREJUDICE.**

The Court will delay ruling on plaintiff's **Motion for Attorney's Fees and Costs (Doc. 63)** until it has ruled on any post-trial motions that may be filed by the parties.

IT IS SO ORDERED this 11th day of September 2006.

<u>/S/JIMM LARRY HENDREN</u>
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**